UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD EVANS,

        Plaintiff,                          Case No. 19-10429
                                                    Hon. Sean F. Cox

vs.

JONATHON WILKINSON,
J. RAYL, INC., and
RYDER TRUCK RENTAL,

        Defendants.
_____

ROBERT L. BAKER (P26418)
Attorney for Plaintiff
302 W. Main St.
Northville, MI 48167
(734) 455-5300   Fax: (734) 455-5301
rlb@rbakerpc.com   Ass't: pam@rbakerpc.com

ANDREW F. MARQUIS (P82641)
Attorney for Defendant
535 Griswold St., Ste. 1818
Detroit, MI 48226
(313)237-7400   Fax: (313) 965-7403
amarquis@scopelitis.com

_____

**STIPULATED ORDER FOR DISMISSAL**

      This matter having come before the Court on consent and stipulation and the Court being otherwise fully advised in the premises;

      IT IS HEREBY ORDERED that this matter be and hereby is dismissed, with prejudice and without costs to any party.

    This is a final Order and closes the case.

Dated: October 6, 2020           s/Sean F. Cox
                                           Sean F. Cox
                                           U. S. District Judge

I consent to entry of the above order:

/s/   Robert L. Baker
ROBERT L. BAKER (P26418)
Attorney for Plaintiff

/s/ Andrew F. Marquis (w/consent)
ANDREW F. MARQUIS (P82641)
Attorney for Defendant